
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ABRAHAM LOPEZ,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:20-cv-01296-RDP-HNJ |
| **MS. CHERON Y. NASH,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On June 22, 2021, the Magistrate Judge entered a Report and Recommendation (Doc. 11), recommending that Abraham Lopez's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241, (Doc. 1), be dismissed with prejudice. Although the Magistrate Judge advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. Lopez's petition for a writ of habeas corpus is **DENIED**, and Respondent's motion for summary judgment is **GRANTED**.

A separate order will be entered.

**DONE** and **ORDERED** this July 13, 2021.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE